Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SONA MEGUERIAN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>TARGET, *et al.*,<br><br>　　　　　Defendants. | No. 23-5706-BJR<br><br>**ORDER TO SHOW CAUSE** |

　　　This personal injury case concerning a slip and fall incident was removed from Pierce County Superior Court on August 4, 2023.  On August 7, 2023, the Court issued its Standing Order for All Civil Cases, ECF No. 8, and Order Regarding Initial Disclosures and Joint Status Report, ECF No. 9.  The parties were ordered to confer and provide the Court with a combined Joint Status Report and Discovery Plan by September 18, 2023.  ECF No. 9.

　　　Defendant Target timely filed a Proposed Joint Status Report and Discovery Plan. ECF No. 10.  Defendants' counsel represents that counsel attempted to meet and confer with Plaintiff's counsel on several occasions but did not receive a timely response that would allow a joint status report to be filed.  *Id.*  The Court's Order directs Plaintiff's counsel to be responsible "for starting the communications needed to comply with this Order." ECF No. 9.  And in this Court's Standing

Order, the parties are warned that failure to comply with the Court's orders may result in sanctions.  ECF No. 8.

Therefore, the Court hereby directs Plaintiff to show cause within 30 days why this matter should not be dismissed for failure to comply with this Court's orders.  Plaintiff's response to this order is due no later than October 20, 2023.

Dated this 20th day of September, 2023.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge