Hon. Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SONA MEGUERIAN,

        Plaintiff,

    v.

TARGET, *et al.*,

        Defendants.

No. 23-5706-BJR

**ORDER TO DISMISS WITHOUT PREJUDICE**

On September 20, 2023, this Court ordered Plaintiff, Sona Meguerian, to show cause within 30 days why this matter should not be dismissed for failure to comply with this Court's orders. ECF No. 11. Plaintiff's response to the order was due no later than October 20, 2023. Plaintiff has not responded and the time to do so has lapsed.

Plaintiff's failure to take any action in moving this case forward, and lack of response to this Court's show cause order, leads the Court to conclude that dismissal of this case is appropriate. However, because "[p]ublic policy favors disposition of cases on the merits," *Pagtalunan v. Galaza*, 291 F.3d 639, 643 (9th Cir. 2002), dismissal is without prejudice.

1    Accordingly, this case is DISMISSED WITHOUT PREJUDICE.  The Clerk is directed
2  to close this case.

   Dated this 2nd day of November, 2023.

   _____
   Barbara Jacobs Rothstein
   U.S. District Court Judge

ORDER TO DISMISS - 2
CASE NO. 23-5706-BJR